FILED

JUN 28 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| DENNIS NAVE, | CV 17-3-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| CMG CONSTRUCTION, INC., | |
| Defendant. | |

Upon the parties' Joint Motion to Dismiss With Prejudice (Doc. 26), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED with prejudice**, with each party to bear its own costs.

DATED this 27th day of June, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1